Appeal No. 7754 from Judgment dated October 8, 1992, John Leslie Hatcher, Ruling Judge, Coahoma County Circuit Court.
Donna Brown Jacobs, Butler Snow O’Mara Stevens & Cannada, Jackson, W. Wayne Drinkwater, Jr., Lake Tindall & Thaekston, Jackson, Roland T. Lewis, Lewis & Lewis, Clarksdale, Pauline Lewis, Lewis & Lewis, Clarksdale, David R. Hunt, Patricia W. Burc-hell, Ross Hunt, Spell & Ross, Clarksdale, for Appellants.
W. Stephens Cox, Charles M. Merkel, Jr., Merkel & Cocke, Clarksdale, for Appellee.
Before THOMAS, P.J., and COLEMAN and McMILLIN, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and BARBER, DIAZ, KING, PAYNE and SOUTHWICK, JJ., concur.